# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 21-2184    Caption: North Carolina Coastal Fisheries Reform Group, et al. v. Capt. Gaston LLC, et al.

Argument Session For Which You Are Scheduled: October 25-28, 2022

Dates You Are Available To Argue in the Session (if any):

October 25, 26, 27

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:



Other Relevant Information:



Party(ies) You Represent:

Defendants-Appellees Capt. Gaston LLC; Hobo Seafood, Inc.; Lady Samaira, Inc.; Trawler Capt. Alfred, Inc.; Trawler Christina Ann, Inc.; Trawlers Garland and Jeff, Inc.; Esther Joy, Inc.

| August 10, 2022 | /s/ Brian D. Schmalzbach |
|---|---|
| Date | Counsel Signature |

11/29/2021 SCC